UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant JOHN DOE
subscriber assigned IP address 74.66.136.46

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Alison J. Nathan, U.S.D.J. |
| *Plaintiff,* | Case No. 1:15-cv-03147 (AJN) |
| vs. | <u>CIVIL ACTION</u> |
| **JOHN DOE subscriber assigned IP address 74.66.136.46**, | **DECLARATION OF LESLIE A. FARBER** |
| *Defendant.* | |

    1.    I, Leslie A. Farber, Esq., counsel for John Doe subscriber assigned IP address 74.66.136.46, submit this Declaration in support of this defendant's Motion to Quash plaintiff's Subpoena returnable October 12, 2015, to Time Warner Cable.

    2.    On September 3, 2015, defense counsel emailed a letter to the Court requesting permission to redact defendant's true name and address from the first page of what would be a complete "Exhibit A" to this Motion, that being a copy of Time Warner cover letter addressed to defendant (defendant's actual name and address redacted), which was accompanied by plaintiff's Subpoena returnable September 29, 2015, and accompanying Order.  Attached to this Motion as "Exhibit" is a true copy of the Subpoena without Time Warner Cable's cover letter, pending the Court's decision on defendant's request for redaction.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2015

/s/ Leslie A. Farber
Leslie A. Farber
eMail: LFarber@LFarberLaw.com